FRADY v. GROVES THREAD

No. 154PA82.

Case below: 56 N.C. App. 61.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 4 May 1982.

GUTHRIE v. STATE PORTS AUTHORITY

No. 97PA82.

Case below: 56 N.C. App. 68.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 May 1982.

HUMANE SOCIETY OF BEAUFORT COUNTY v. TILLETT

No. 73PA82.

Case below: 55 N.C. App. 482.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

IN RE EXECUTION SALE OF BURGESS

No. 70P82.

Case below: 55 N.C. App. 581.

Petition by trustees for discretionary review under G.S. 7A-31 denied 4 May 1982. Motion of trustees to dismiss pursuant to G.S. 1A-1, Rule 12(b)(2), (4), (5) and (6) is denied 4 May 1982. Motion of Mathis to dismiss appeal is allowed 4 May 1982. Motion of Burgess to dismiss appeal is allowed 4 May 1982.

IN RE HOUSING AUTHORITY v. MONTGOMERY

No. 75P82.

Case below: 55 N.C. App. 422.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.